Jon A. Longerbone, CSB #90570
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel:    (949) 752-7030

Attorneys for Plaintiff Cytosport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>OPTIMUM NUTRITION, INC., a Florida corporation,<br><br>            Defendant. | Case No. CIV.S-04-1477 DFL (GGH)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and a settlement agreement entered into by the parties, plaintiff Cytosport, Inc. and defendant Optimum Nutrition, Inc., hereby stipulate that this action be dismissed with prejudice.  The parties further stipulate that the Court shall retain jurisdiction over this matter solely to enforce the terms of the parties' settlement agreement, should enforcement be necessary.  Each party will bear its own fees and costs

DATED: June 3, 2005                    THORPE NORTH & WESTERN, L.L.P.
                                       Peter M. de Jonge
                                       John W. Ogilive
                                       Nathan Winesett

                                       RAY QUINNEY & NEBEKER
                                       Mark M. Bettilyon

1

|   |   |
|---|---|
|   | BIDNA & KEYS, APLC |
|   | Jon A. Longerbone |
|   |   |
|   | By   /s/ Jon A. Longerbone |
|   | Jon A. Longerbone |
|   | Attorneys for Plaintiff Cytosport, Inc. |
| DATED: May 31, 2005 | ISICOFF, RAGATZ & KOENIGSBERG. P.A. |
|   |   |
|   | By   /s/ Eric D. Isicoff (as authorized 5/31/05) |
|   | Eric D. Isicoff |
|   | Teresa Ragatz |
|   | Attorneys for Defendant Optimum Nutrition, Inc. |

## O R D E R

Based upon the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: 6/2/2005

_____
DAVID F. LEVI
United States District Judge

G:\DOCS\LEV\3. Signed Orders to be Processed\04cv1477.o.wpd